■ In the Matter of STEVEN DiJOSEPH, a Disbarred Attorney. [697 NYS2d 514] —Petition for reinstatement granted only to the extent of referring the matter to a Referee for a hearing, as indicated. No opinion. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Rubin, JJ.

■ In the Matter of HENRY J. CLAY, JR. (Admitted as HENRY JONES CLAY, JR.), a Suspended Attorney. [697 NYS2d 515] —Petition for reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J. P., Nardelli, Tom, Rubin and Andrias, JJ.

■ In the Matter of ROBERT E. DIZAK (Admitted as ROBERT EARL DIZAK), a Disbarred Attorney. [697 NYS2d 515] —Motion for reinstatement granted only to the extent of referring the matter to a Referee for a hearing, as indicated. No opinion. Concur—Nardelli, J. P., Tom, Rubin, Andrias and Saxe, JJ.

■ In the Matter of SEAMUS TUOHEY (Admitted as SEAMUS MICHAEL TUOHEY), a Suspended Attorney. [697 NYS2d 514] —Application for reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Nardelli, J. P., Tom, Wallach, Lerner and Rubin, JJ.